**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Porscha Braun, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                              *Plaintiff,*

      - against -

Heights Advisors LLC, Heights Realty Advisors LLC, and Joana Newbold,

                              *Defendants*.
-----------------------------------------------------------------X

Case No.: 23-cv-03837

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff Porscha Braun (the "Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., hereby voluntarily dismisses this action as against Defendant Heights Advisors LLC, without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), without costs or attorneys' fees to any party.

Dated: May 24, 2023
New York, New York

                                                         LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                                         By: */s/ Jason Mizrahi*
                                                             Jason Mizrahi, Esq.
                                                             60 East 42nd Street, Suite 4700
                                                             New York, New York 10165
                                                              Tel: (212) 792-0048
                                                              Email: Jason@levinepstein.com
                                                              *Attorneys for Plaintiff*

**SO ORDERED**

_____
U.S.D.J.

_____
Dated