UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Porscha Braun,, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                               *Plaintiff*,

       - *against* –

Heights Advisors LLC, Heights Realty Advisors LLC, and Joana Newbold,

                              *Defendants*.
-----------------------------------------------------------------X

Case No.: 1:23-cv-03837-BMC

**CERTIFICATE OF DEFAULT**

       I, Brenna B. Mahoney, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Heights Realty Advisors LLC (the "Defaulting Defendant") has not filed an answer or otherwise moved with respect to the complaint herein. The default of Defaulting Defendant is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
          July 10, 2023

                                              Brenna B. Mahoney, Clerk of Court

                                      By:   *Jalitza Poveda*
                                                 Deputy Clerk