UNITED STATES DISTRICT COURT
STATE OF NEW YORK, EASTERN DISTRICT

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| | |
|---|---|
| PORSCHA BRAUN, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION<br><br>vs *Plaintiff*<br><br>HEIGHTS ADVISORS LLC, HEIGHTS REALTY ADVISORS LLC, AND JOANA NEWBOLD<br><br>*Defendant* | Index Number: 1:23-cv-03837-BMC<br>Client's File No.:<br>Court Date:<br>Date Filed: 05/26/2023 |

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
DAINON WARD, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 7/7/2023, at 6:09 PM at: 140 REMSEN STREET, FLOOR 2 , BROOKLYN, NY 11201 Deponent served the within **SUMMONS IN A CIVIL ACTION AND COMPLAINT**

On: **JOANA NEWBOLD**, Defendant therein named.

☒ **#1 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having went there

**ATTEMPTS:**
06/29/2023 4:10 PM 140 REMSEN STREET, FLOOR 2 , BROOKLYN, NY 11201
06/30/2023 2:04 PM 140 REMSEN STREET, FLOOR 2 , BROOKLYN, NY 11201
07/01/2023 7:00 PM 140 REMSEN STREET, FLOOR 2 , BROOKLYN, NY 11201

☐ **#2 WITNESS FEES**
Subpoena Fee Tendered in the amount of
☐ **#3 OTHER**

☒ **#4 MAILING**
On 07/10/2023, deponent enclosed a copy of same in a postpaid envelope properly addressed to JOANA NEWBOLD at 140 REMSEN STREET, FLOOR 2 , BROOKLYN, NY 11201   [] Actual Place of Residence [X] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

Sworn to before me on 07/10/2023

_____
DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

_____
DAINON WARD
DCA License # 2079049



*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*