**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
Porscha Braun, *on behalf of herself and others similarly situated in the proposed FLSA Collective Action,*

                                 *Plaintiff,*

      *- against -*

Heights Advisors LLC, Heights Realty Advisors LLC, and Joana Newbold,

                                 *Defendants.*
-----------------------------------------------------------------X

Case No.: 1:23-cv-03837-BMC

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated September 14, 2023, together with the Affidavit of Porscha Braun (the "Braun Aff."), and the exhibit annexed thereto , and the supporting declaration of Jason Mizrahi, Esq. (the "Mizrahi Decl.") and the exhibits annexed thereto, Plaintiff Porscha Braun (the "Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Brian M. Cogan presiding, at the United States District Court of the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201, for an order: entering default judgment against the Defendants Heights Realty Advisors LLC, and Joana Newbold (together, the "Defendants"), pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b), together with such other relief as this Court deems just and proper;

      PLEASE TAKE FURTHER NOTICE that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
       September 14, 2023

                                                 By:   /s/ Jason Mizrahi
                                                          Jason Mizrahi, Esq.
                                                          Levin Epstein & Associates, P.C.

60 East 42nd Street, Suite 4700
New York, NY 10165
Tel. No.: (212) 792-0048
Email: jason@levinepstein.com
*Attorneys for Plaintiff*